6

Local Sample Required Form No. 1

FILED
2014 APR -7 AM 9:29
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# DECLARATION

Debtor(s)' Name(s)　　　　　　　　　　　　Case No. 2·14·bk·04484-SSC

DAVID EARL CROOKE

LOUISE LENORE LEVY

I, DAVID E. CROOKE, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of 5 sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date of execution: 4·7·14　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　(Debtor)

_____　　　　　　_____
(Attorney, if applicable)　　　　　　　　　(Spouse)

kyr/mmlrequirements/12/00

MML- 5

AC AUTOPAY, LLC
1058 DELAWARE STREET
DENVER, CO 80204

ALLIED INTERSTATE
7525 W CAMPUS RD
NEW ALBANY, OH 43054

BANK OF AMERICA
P.O. BOX 982235
EL PASO, TX 79998

CBE GROUP
131 TOWER PARK DR
SUITE100
WATERLOO, IA 50701

CENTURY LINK
P.O. BOX 29040
PHOENIX, AZ 85038

CHASE RECIEVABLES
1247 BROADWAY
SONOMA, CA 95476

COLLECTIONS SERVICE BUREAU
2901 N 78TH ST
SCOTTSDALE, AZ 85251

COLLECTIONS SERVICE BUREAU
4331 N. WELLS FARGO AVE
SCOTTSDALE, AZ 85251

DELIVERY FINANCIAL SERVICES
7077 E BELL RD
SUITE 200
SCOTTSDALE, AZ 85254

DELIVERY FINANCIAL SERVICES
P.O. BOX 14974
SCOTTSDALE, AZ 85267

DIRECT TV CUSTOMER SERVICE
P.O. BOX 6550
GREENWOOD VILLAGE, CO 80155-6550

FIRESIDE BANK
P.O. BOX 98747
PHOENIX, AZ 85038-0747

FIRST PREMIER BANK
601 S. MINNESOTA AVE
SIOUX FALLS, SD 57104

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

HEALTH NET INC.
P.O. BOX 894702
LOS ANGELES, CA 90189

IQ DATA INTERNATIONAL
1010 SOUTHEAST EVERETT MALL WAY
SUITE 100
EVERETT, WA 98208

IQ DATA INTERNATIONAL
P.O. BOX 3568
EVERETT, WA 98213

JEROLD KAPLAN LAW OFFICE
2738 EAST WASHINGTON ST
PHOENIX, AZ 85034

JOHN C LINCOLN DEER VALLEY
250 E DUNLAP AVE
PHOENIX, AZ 85020

JOHN C LINCOLN DEER VALLEY
2500 WEST UTOPIA RD
SUITE 100
PHOENIX, AZ 85027

KENNETH EISEN AND ASSOCIATES
777 EAST MISSOURI AVE
SUITE 103
PHOENIX, AZ 85104

LAP CORP
P.O. BOX 55126
BOSTON, MA 02205

LCA COLLECTIONS
P.O. BOX 2240
BURLINGTON, NC 27216

NORTH VALLEY JUSTICE COURT
1 WEST MADISON ST
PHOENIX, AZ 85003

MARICOPA COUNTY NORTHWEST JUSTICE COURT
11601 NPRTH 19TH AVE
PHOENIX, AZ 85029

MARICOPA SUPERIOR COURT
201 W JEFFERSON
PHOENIX, AZ 85003

MEDICAL RESOURCE SYSTEMS
2222 SOUTH DOBSON RD
SUITE 1100
MESA, AZ 85202

MOON VALLEY JUSTICE COURT
18380 N 40TH ST
PHOENIX, AZ 85032

NCO FINANCIAL SERVICE
P.O. BOX 15636
WILMINGTON, DE 19850

THE PAIN CENTER OF ARIZONA
P.O. BOX 53060
PHOENIX, AZ 85027

PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 4115
CONCORD, CA 94524

RMCB
4 WESTCHESTER PLAZA
SUITE 110
ELMSFORD, NY 10523

SANTANDER CONSUMER USA
5201 RUFE SNOW DR
NORTH RICHLAND HILLS, TX 76180

SANTANDER CONSUMER USA
8585 N STEMMONS FRWY
SUITE 1000
DALLAS, TX 75247

SANTANDER CONSUMER USA
P.O. BOX 961245
FORT WORTH, TX 76161

SOUTHWEST CREDIT
4120 INTERNATIONAL PARKWAY
SUITE 1100
CARROLLTON, TX 75007

SPRINT
P.O. BOX 4191
CAROL STREAM, IL 60197

U HAUL CORPORATE OFFICE
2727 N CENTRAL AVE
PHOENIX, AZ 85004

UNIQUE NATIONAL COLLECTION
119 E MAPLE ST
JEFFERSONVILLE, IN 47130

UNIVERSAL FIDELITY LP
1445 LANGHAM CREEK DR
HOUSTON, TX 77084

AQUA FINANCE
ONE CORPORATE DR
SUITE 300
WAUSAU, WI 54401

FIRST NATIONAL COLLECTION
610 WALTHAM WAY
SPARKS, NV 89434

JEROLD KAPLAN LAAW OFFICE
P.O. BOX 20431
PHOENIX, AZ 85036

RECIEVABLES PERFORMANCE MANAGEMENT
P.O. BOX 1548
LYNNWOOD, WA 98036

NELNET/DEPT OF EDUCATION
P.O. BOX 740283
ATLANTA, GA 30374-0283


ARROWHEAD HOSPITAL
18701 67TH AVE
GLENDALE, AZ 85308

VELDOS
665 MOLLY LANE
SUITE 110
WOODSTOCK, GA 30189

HARTFORD AND ASSOCIATES
P.O. BOX 27068
553 LA PAZ RD
ALSIO VEIJA, CA 92656

MAXLEND
P.O. BOX 639
PARSHALL, ND 58770

CITY OF PHOENIX-ETS
P.O.BOX 29360
PHOENIX, AZ 85038-9360

AUTO PORTFOLIO SERVICES
PO. BOX 4097
ENGLEWOOD, CO 80111

CREDIT COLLECTION SERVICE
P.O. BOX 9134
NEEDHAM, MA 02494