**Guttilla Murphy Anderson**
**Ryan W. Anderson** (Ariz. No. 020974)
City North
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Dina L. Anderson, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>David Earl Crooke and Louise Lenore Levy,<br><br>Debtors. | Case No. 2:14-bk-04484-SSC<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

Joanellen Campanaro, states as follows:

I am employed at the law firm of Guttilla Murphy Anderson, counsel of record in this matter. I am a citizen of the United States, over the age of eighteen years and am otherwise competent to testify to the facts stated herein. I make this certification as evidence of service of the following:

**ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE**

A copy of the foregoing was served via first-class mail, postage prepaid, to each of the following persons on June 26, 2014:

David Earl Crooke
Louise Lenore Levy
626 E. Campo Bello Rd.
Phoenix, AZ 85022
Debtors Pro Se

Guttilla Murphy Anderson, P.C.
City North
5415 E. High Street, Suite 200
Phoenix, Arizona 85054
(480) 304-8300

1 Brian Warnock
Warnock MacKinlay and Carman, PLLC
2 7135 E. Camelback Rd., Suite F240
Scottsdale, AZ 85251
3 Special Counsel to Trustee

4 Attn: Avi Schild
Atlas Acquisitions, LLC
5 294 Union St.
Hackensack, NJ 07601

6 Office of the United States Trustee
230 N. First Ave., Suite 204
7 Phoenix, AZ 85003-1706

8     I declare under penalty of perjury that the foregoing is true and correct.

9     Dated: June 27, 2014.

10                              /s/ *Joanellen Campanaro*
                               Joanellen Campanaro

11 [Not notarized pursuant to 28 U.S.C. § 1746]

14 1945-001(182575)