**ORDERED.**

Dated: September 15, 2014

_____
**Paul Sala, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>David Earl Crooke and Louise Lenore Levy,<br><br>Debtors. | Case No. 2:14-bk-04484-PS<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR BANKRUPTCY RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS** |
|---|---|

Based upon the *Trustee's Motion for Bankruptcy Rule 2004 Examination and Production of Documents* and the Points and Authorities contained therein, and further good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion;

**IT IS FURTHER ORDERED** that David Earl Crooke and Louise Lenore Levy, shall appear for examination under oath at the offices of Guttilla Murphy Anderson, 5415 E. High St, Ste. 200, Phoenix, Arizona 85054, on a date and time agreeable to the parties or, if upon written notice, after not less than 28 days' notice; and

**IT IS FURTHER ORDERED** that Trustee's request for the production of documents set forth on Exhibit "A" of Trustee's Motion shall be on a date and time agreeable to the parties or, if upon written notice, after not less than 21 days' notice, and at least five (5) business days prior to the examination.

**DATED AND SIGNED ABOVE**

1945-001(190827)