**Guttilla Murphy Anderson**
**Ryan W. Anderson** (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Dina L. Anderson, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>David Earl Crooke and Louise Lenore Levy,<br><br>Debtors. | Case No. 2:14-bk-04484-PS<br><br>Chapter 7<br><br>**TRUSTEE'S NOTICE OF BANKRUPTCY RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS** |

PLEASE TAKE NOTICE that, Dina L. Anderson, Chapter 7 Trustee, has scheduled a Bankruptcy Rule 2004 examination of David Earl Crooke and Louise Lenore Levy for October 23, 2014 at 10:00 a.m. at the offices of Guttilla Murphy Anderson, attorneys for Trustee, at 5415 E. High St, Ste. 200, Phoenix, Arizona 85054. The examination shall be under oath and recorded electronically. David Earl Crooke and Louise Lenore Levy shall also produce the documents set forth on Exhibit "A" at least five (5) business days prior to the examination. Pursuant to an order of the Court, dated September 15, 2014, compliance is mandatory.

Dated this 18th day of September, 2014.

GUTTILLA MURPHY ANDERSON, P.C.

/s/ *Ryan W. Anderson*
Ryan W. Anderson
Attorneys for the Trustee

Copy of the foregoing MAILED
on September 18, 2014, to:

David Earl Crooke
Louise Lenore Levy
626 E. Campo Bello Rd.
Phoenix, AZ 85022
Debtors Pro Se

Attn: Avi Schild
Atlas Acquisitions, LLC
294 Union St.
Hackensack, NJ 07601

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706


/s/ Joanellen Campanaro


1945-001(191838)

**EXHIBIT "A"**

**DOCUMENTS TO BE PRODUCED:**

1. Copies of documents which evidence the payment of Debtors' tax refund to pay off daughter's credit card; and

2. Copies of any and all communications, e-mails and letters between Debtors and Warnock MacKinlay and Carman, PLLC (Special Counsel to Trustee).