FORM CLA−001
REVISED 01/12/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:14−bk−04484−PS |
| **DAVID EARL CROOKE**<br>626 E CAMPO BELLO RD<br>PHOENIX, AZ 85022<br>**SSAN:** xxx−xx−5191<br>**EIN:** | Chapter: 7 |
| **LOUISE LENORE LEVY**<br>626 E CAMPO BELLO RD<br>PHOENIX, AZ 85022<br>**SSAN:** xxx−xx−3155<br>**EIN:** | |

Debtor(s)

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1.   All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **December 19, 2014** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2.   For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3.   The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4.   YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

**Date: September 18, 2014**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number:  (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**George Prentice** |

```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                              Case No. 14-04484-PS
DAVID EARL CROOKE                                                   Chapter 7
LOUISE LENORE LEVY
      Debtors                          CERTIFICATE OF NOTICE
District/off: 0970-2         User: olmansonk          Page 1 of 2          Date Rcvd: Sep 18, 2014
                             Form ID: cla001          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2014.
12883966      #+AC AUTOPAY, LLC,    1058 DELAWARE STREET,    DENVER, CO 80204-4033
13093941       +AGUA FINANCE, INC. C/O,    Bursey & Associates, P.C.,    6740 N. Oracle Rd., Ste. 151,
                 Tucson, AZ 85704-5685
12883967       +ALLIED INTERSTATE,    7525 W CAMPUS RD,    NEW ALBANY, OH 43054-1121
12884006       +AQUA FINANCE,    ONE CORPORATE DR,    SUITE 300,    WAUSAU, WI 54401-1724
12884011       +ARROWHEAD HOSPITAL,    18701 67" AVE,    GLENDALE, AZ 85308-7101
12884016       +AUTO PORTFOLIO SERVICES,    PO. BOX 4097,    ENGLEWOOD, CO 80155-4097
12883971       +CHASE RECIEVABLES,    1247 BROADWAY,    SONOMA, CA 95476-7503
12884015        CITY OF PHOENIXETS,    P.O.BOX 29360,    PHOENIX, AZ 85038-9360
12883972       +COLLECTIONS SERVICE BUREAU,    2901 N 78TH ST,    SCOTTSDALE, AZ 85251-6547
12883973       +COLLECTIONS SERVICE BUREAU,    4331 N. WELLS FARGO AVE,    SCOTTSDALE, AZ 85251-3407
12883974       +DELIVERY FINANCIAL SERVICES,    7077 E BELL RD,    SUITE 200,    SCOTTSDALE, AZ 85254-1517
12883975       +DELIVERY FINANCIAL SERVICES,    P.O. BOX 14974,    SCOTTSDALE, AZ 85267-4974
12883977        FIRESIDE BANK,    P.O. BOX 98747,    PHOENIX, AZ 85038-0747
12884007       +FIRST NATIONAL COLLECTION,    610 WALTHAM WAY,    SPARKS, NV 89434-6695
12884013        HARTFORD AND ASSOCIATES,    P.O. BOX 27068,    553 LA PAZ RD,    ALSIO VEIJA, CA 92656
12883980       +HEALTH NET INC.,    P.O. BOX 894702,    LOS ANGELES, CA 90189-4702
12884008       +JEROLD KAPLAN LAAW OFFICE,    P.O. BOX 20431,    PHOENIX, AZ 85036-0431
12883985       +JOHN C LINCOLN DEER VALLEY,    2500 WEST UTOPIA RD,    SUITE 100,    PHOENIX, AZ 85027-4172
12883984       +JOHN C LINCOLN DEER VALLEY,    250 E DUNLAP AVE,    PHOENIX, AZ 85020-2871
12883986       +KENNETH EISEN AND ASSOCIATES,    777 EAST MISSOURI AVE,    SUITE 103,    PHOENIX, AZ 85014-2850
12883987       +LAP CORP,   P.O. BOX 55126,    BOSTON, MA 02205-5126
12883988       +LCA COLLECTIONS,    P.O. BOX 2240,    BURLINGTON, NC 27216-2240
12883990        MARICOPA COUNTY NORTHWESTJUSTICE COURT,    11601 NPRTH 19TH AVE,    PHOENIX, AZ 85029
12883991       +MARICOPA SUPERIOR COURT,    201 W JEFFERSON,    PHOENIX, AZ 85003-2243
12884014       +MAXLEND,    P.O. BOX 639,    PARSHALL, ND 58770-0639
12883992      #+MEDICAL RESOURCE SYSTEMS,    2222 SOUTH DOBSON RD,    SUITE 1100,    MESA, AZ 85202-6201
12883993        MOON VALLEYJUSTICE COURT,    18380 N 40m ST,    PHOENIX, AZ 85032
12884010        NELNET/DEPT OF EDUCATION,    P.O. BOX 740283,    ATLANTA, GA 30374-0283
12883989       +NORTH VALLEY JUSTICE COURT,    1 WEST MADISON ST,    PHOENIX, AZ 85003-2121
12884009       +RECIEVABLES PERFORMANCE MANAGEMENT,    P.O. BOX 1548,    LYNNWOOD, WA 98046-1548
12883995       +THE PAIN CENTER OF ARIZONA,    P.O. BOX 53060,    PHOENIX, AZ 85072-3060
12884003       +U HAUL CORPORATE OFFICE,    2727 N CENTRAL AVE,    PHOENIX, AZ 85004-1158
12884012       +VELDOS,    665 MOLLY LANE,    SUITE 110,    WOODSTOCK, GA 30189-3702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: AZDEPREV.COM Sep 18 2014 23:43:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
12884006       +EDI: AQUAFINANCE.COM Sep 18 2014 23:43:00      AQUA FINANCE,    ONE CORPORATE DR,    SUITE 300,
                 WAUSAU, WI 54401-1724
12920824       +EDI: ATLASACQU.COM Sep 18 2014 23:43:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
12883968        EDI: BANKAMER.COM Sep 18 2014 23:43:00      BANK OF AMERICA,    P.O. BOX 982235,
                 EL PASO, TX 79998
12883970       +E-mail/Text: bklaw2@centurylink.com Sep 18 2014 23:58:32      CENTURY LINK,    P.O. BOX 29040,
                 PHOENIX, AZ 85038-9040
12884017       +EDI: CCS.COM Sep 18 2014 23:38:00      CREDIT COLLECTION SERVICE,    P.O. BOX 9134,
                 NEEDHAM, MA 02494-9134
12883976        EDI: DIRECTV.COM Sep 18 2014 23:43:00      DIRECT TV CUSTOMER SERVICE,    P.O. BOX 6550,
                 GREENWOOD VILLAGE, CO 80155~6550
12883978       +EDI: AMINFOFP.COM Sep 18 2014 23:43:00      FIRST PREMIER BANK,    601 S. MINNESOTA AVE,
                 SIOUX FALLS, SD 57104-4868
12883979       +EDI: AMINFOFP.COM Sep 18 2014 23:43:00      FIRST PREMIER BANK,    3820 N LOUISE AVE,
                 SIOUX FALLS, SD 57107-0145
12883981       +E-mail/Text: compliance@rentcollectglobal.com Sep 18 2014 23:59:30      IQ DATA INTERNATIONAL,
                 1010 SOUTHEAST EVERETT MALL WAY,    SUITE 100,    EVERETT, WA 98208-2855
12883982       +E-mail/Text: compliance@rentcollectglobal.com Sep 18 2014 23:59:30      IQ DATA INTERNATIONAL,
                 P.O. BOX 3568,    EVERETT, WA 98213-8568
12883983       +E-mail/Text: ahowe@kdelaw.com Sep 18 2014 23:58:07      JEROLD KAPLAN LAW OFFICE,
                 2738 EAST WASHINGTON ST,    PHOENIX, AZ 85034-1423
12883994       +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 18 2014 23:58:42      NCO FINANCIAL SERVICE,
                 P.O. BOX 15636,    WILMINGTON, DE 19850-5036
12883996       +EDI: PRA.COM Sep 18 2014 23:43:00      PORTFOLIO RECOVERY ASSOCIATES,    P.O. BOX 4115,
                 CONCORD, CA 94524-4115
12883997       +EDI: RMCB.COM Sep 18 2014 23:38:00      RMCB,    4 WESTCHESTER PLAZA,    SUITE 110,
                 ELMSFORD, NY 10523-3835
12883998       +EDI: DRIV.COM Sep 18 2014 23:43:00      SANTANDER CONSUMER USA,    5201 RUFE SNOW DR,
                 NORTH RICHLAND HILLS, TX 76180-6036
12883999       +EDI: DRIV.COM Sep 18 2014 23:43:00      SANTANDER CONSUMER USA,    8585 N STEMMONS FRWY,
                 SUITE 1000,    DALLAS, TX 75247-3822
12884000       +EDI: DRIV.COM Sep 18 2014 23:43:00      SANTANDER CONSUMER USA,    P.O. BOX 961245,
                 FORT WORTH, TX 76161-0244
```

```
District/off: 0970-2           User: olmansonk              Page 2 of 2                  Date Rcvd: Sep 18, 2014
                               Form ID: cla001              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12884001       +E-mail/Text: bankruptcy@sw-credit.com Sep 18 2014 23:58:23     SOUTHWEST CREDIT,
                 4120 INTERNATIONAL PARKWAY,    SUITE 1100,    CARROLLTON, TX 75007-1958
12884002        EDI: NEXTEL.COM Sep 18 2014 23:38:00       SPRINT,    P.O. BOX 4191,    CAROL STREAM, IL 60197
12884004       +E-mail/Text: ebn@unique-mgmt.com Sep 18 2014 23:59:10      UNIQUE NATIONAL COLLECTION,
                 119 E MAPLE ST,   JEFFERSONVILLE, IN 47130-3439
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
12883969      ##+CBE GROUP,   131 TOWER PARK DR,    SUITE100,   WATERLOO, IA 50701-9374
12884005      ##+UNIVERSAL FIDELITY LP,   1445 LANGHAM CREEK DR,    HOUSTON, TX 77084-5012
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2014 at the address(es) listed below:
```
              DAVID EARL CROOKE    squeezypoo@yahoo.com
              DINA   ANDERSON
               DAnderson@DLATrustee.com;lbailey@DLATrustee.com;dlanderson@ecf.epiqsystems.com;dla@trustesolution
               s.net;tkirn@dlatrustee.com
              DINA   ANDERSON    on behalf of Trustee DINA   ANDERSON
               DAnderson@DLATrustee.com;lbailey@DLATrustee.com;dlanderson@ecf.epiqsystems.com;dla@trustesolution
               s.net;tkirn@dlatrustee.com
              LOUISE LENORE LEVY    squeezypoo@yahoo.com
              RYAN W. ANDERSON    on behalf of Trustee DINA   ANDERSON randerson@gamlaw.com,
               klucas@gamlaw.com;jcampanaro@gamlaw.com;miverson@gamlaw.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 6
```